# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA,
    Plaintiff – Appellee,

v.                                                            Docket No. 24-4193

JESSIE LEROY GLASS, JR.,
    Defendant – Appellant.

## APPELLANT'S UNOPPOSED MOTION FOR ADDITIONAL TIME
## TO FILE OPENING BRIEF AND JOINT APPENDIX

Pursuant to Rule 26(b) of the Federal Rules of Appellate Procedure, Appellant Jessie Leroy Glass, Jr., by and through undersigned counsel, hereby moves the Court for a 28-day extension of time, up to and including August 2, 2024, within which to file the opening brief and joint appendix in this appeal.

In support of his Motion, Glass states the following:

1.     On May 31, 2024, this Court issued an Order setting the deadline for filing the opening brief and joint appendix in this appeal for July 5, 2024.

2.     This is Glass's first request for an extension of the briefing deadline.

3.     For a variety of reasons, including the demands of other cases, counsel will need additional time to complete the opening brief for filing in this appeal. In addition to this appeal, counsel is responsible for meeting obligations in numerous other cases, including: *United States v. Edwards,* Fourth Circuit No. 24-4202 (opening brief due July 5, 2024); *United States v. Castillo*, Fourth Circuit No. 20-6767 (petition for writ of

certiorari due July 25, 2024); *United States v. Whisenant*, Fourth Circuit No. 24-4074 (opening brief due July 26, 2024); and *United States v. Hardin*, Fourth Circuit No. 22-4432 (petition for writ of certiorari due August 14.2024).

4. Undersigned counsel has contacted the government's counsel of record, Assistant United States Attorney Amy E. Ray, regarding the filing of this motion. Ms. Ray states that the government consents to the requested relief.

WHEREFORE, Appellant Jessie Leroy Glass, Jr., respectfully prays that the Court grant a 28-day extension of time, up to and including August 2, 2024, within which to file the opening brief and joint appendix in this appeal.

This, the 1st day of July 2024.

                                                Respectfully submitted,

                                                John G. Baker
                                                FEDERAL PUBLIC DEFENDER FOR THE
                                                WESTERN DISTRICT OF NORTH CAROLINA

                                                s/Joshua B. Carpenter
                                                Joshua B. Carpenter
                                                Appellate Chief
                                                One Page Avenue, Suite 210
                                                Asheville, NC 28801
                                                Joshua_Carpenter@fd.org
                                                *Counsel for Appellant*

# CERTIFICATE OF SERVICE

I, Joshua B. Carpenter, Appellate Chief for the Federal Public Defender for the Western District of North Carolina, hereby certify that a true and correct copy of the foregoing *Unopposed Motion for Additional Time to File Opening Brief and Joint Appendix* was duly served on Assistant United States Attorney Amy E. Ray by CM/ECF.

This 1st day of July, 2024.

                                              s/Joshua B. Carpenter
                                              Joshua B. Carpenter
                                              Joshua_Carpenter@fd.org